**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MARY COMANS                                      *
                                                 *
    Plaintiff,                 *
                                                 *
    v.                         *        Civil Action No: 25-00624 (ACR)
                                                 *
DEPARTMENT OF HOMELAND                           *
SECURITY <u>et al</u>.                           *
                                                 *
                                                 *
    Defendants.                *
*     *     *     *     *     *     *     *     *     *     *     *

<u>**NOTICE OF SERVICE**</u>

NOW COMES the Plaintiff, by and through their undersigned counsel, to respectfully

inform the Court that the U.S. Attorney for the District of Columbia acknowledged

service was effected on March 4, 2025. Exhibit "1".

Date:   March 16, 2025

                                               Respectfully submitted,

                                              *s/ Mark S. Zaid*

                                              _____

                                              Mark S. Zaid, Esq.
                                              D.C. Bar #440532
                                              Mark S. Zaid, P.C.
                                              1250 Connecticut Avenue, N.W.
                                              Ste 700
                                              Washington, D.C. 20036
                                              (202) 498-0011
                                              Mark@MarkZaid.com

                                              Attorney for Plaintiff