# EXHIBIT "1"

M Gmail                                                        Mark S. Zaid, P.C. <mark@markzaid.com

**Activity in Case 1:25-cv-00624 Comans v. DEPARTMENT OF HOMELAND SECURITY et al
Complaint**

USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>                          Sun, Mar 16, 2025 at 4:52 PI
To: "Mark S. Zaid, P.C." <mark@markzaid.com>

Your service package has been received and accepted with a service date of March 4, 2025.  Thank you.

**From:** Mark S. Zaid, P.C. <mark@markzaid.com>
**Sent:** Tuesday, March 4, 2025 4:13 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Norman Eisen <norman@statedemocracydefenders.org>; Tianna Mays <tianna@statedemocracydefenders.org>;
Brad Moss <brad@markzaid.com>; Mark S. Zaid, P.C. <mark@markzaid.com>; Hudak, Brian (USADC)
<Brian.Hudak@usdoj.gov>
**Subject:** [EXTERNAL] Fwd: Activity in Case 1:25-cv-00624 Comans v. DEPARTMENT OF HOMELAND SECURITY et
al Complaint

To Whom It May Concern, please find attached a copy of the filed Complaint, Civil Cover Sheet, the Court issued Summons and the
Notice & Consent form.

Please acknowledge receipt of this e-mail at your earliest convenience. Thank you.

Mark

---------- Forwarded message ---------
From: <DCD_ECFNotice@dcd.uscourts.gov>
Date: Tue, Mar 4, 2025 at 12:40 PM
Subject: Activity in Case 1:25-cv-00624 Comans v. DEPARTMENT OF HOMELAND SECURITY et al Complaint
To: <DCD_ECFNotice@dcd.uscourts.gov>

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the
mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and
parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt
is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a
copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30
page limit do not apply.

**U.S. District Court**

**District of Columbia**

**Notice of Electronic Filing**

The following transaction was entered by Zaid, Mark on 3/4/2025 at 12:40 PM EDT and filed on 3/4/2025

**Case Name:**        Comans v. DEPARTMENT OF HOMELAND SECURITY et al

**Case Number:**      1:25-cv-00624

**Document Number:** 1

**Docket Text:**
**COMPLAINT against Mary Comans ( Filing fee $ 405 receipt number ADCDC-11517959) filed by Mary Comans. (Attachments: # (1) Civil Cover Sheet Civil Cover Sheet, # (2) Summons Summons - DHS, # (3) Summons Summons - FEMA, # (4) Summons Summons - USAO DC, # (5) Summons Summons - AG)(Zaid, Mark)**

**1:25-cv-00624 Notice has been electronically mailed to:**

Mark Steven Zaid &nbsp &nbsp Mark@MarkZaid.com, ZaidMS@aol.com

**1:25-cv-00624 Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=3/4/2025] [FileNumber=9405041-0]
[1eaad167d9c4e4cbcfde3bbcf12300a93db7734e13ee987572f87bcb4b57298529358
eeeaf76dd10581d119f4db182100c529e919743050929a2b20719877812]]
**Document description:** Civil Cover Sheet Civil Cover Sheet
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=3/4/2025] [FileNumber=9405041-1]
[939daacbfe39512943cd5edad2518679503adb2f06f536c8c771fb13ecc17a7658034
95413aa5a3332f15e808129d3372db72fc5d9fc54d28adb2bda3b7d9eae]]
**Document description:** Summons Summons - DHS
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=3/4/2025] [FileNumber=9405041-2]
[9629e16f3b13c9d0184ab013e34c75385cfe32ceb7941f75b98efd72d80c8c74080d1
44d49b3743ca82e02d50f7ee0ea7756306afdbc782be65c2b8db4d62d46]]
**Document description:** Summons Summons - FEMA
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=3/4/2025] [FileNumber=9405041-3]
[5e19af88dbdf1520ddee334454ddefb1c6490430d1c275dac452cb0de17589c508003
56d2c2ed38177dfbec1ad20df8802368dd3dfc0f237bb9aaf567b006e37]]
**Document description:** Summons Summons - USAO DC
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=3/4/2025] [FileNumber=9405041-4]
[3a43ce70d96e78229b9ea50f2e8f4c37453a71d708f0cc0c74d54cebefa34140f85d2
f1bc23ca332fbbfa1df42cc85c73eec7da8af75ee83f8f463338eb1b2f8]]
**Document description:** Summons Summons - AG
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=3/4/2025] [FileNumber=9405041-5]
[a0ef032c84a58b0669b1ea72f9dad9a4219f8e65da4d3c81bad85ab5af86a1dac160d
730c7087499afec6f08706e6bee53c10c998045d13eb1a6c00bc0bd68e5]]

--

_____

This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or

purposes is strictly prohibited. If you have received this e-mail in error, please notify me immediately by telephone, facsimile or e-mail and purge the original and all copies thereof. Thank you.

Mark S. Zaid, Esq.
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 330-5610 fax
Website: www.MarkZaid.com
Twitter: @MarkSZaidEsq