AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Mary Comans | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-00624 |
| Dept. of Homeland Security | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mary Comans                                                                                                  .

Date:    04/23/2025

*Attorney's signature*

Tianna Mays, DC Bar #21597
*Printed name and bar number*

State Democracy Defenders Fund
600 Pennsylvania Ave. SE, No. 15180
Washington, DC 20003

*Address*

Tianna@statedemocracydefenders.org
*E-mail address*

(202) 594-9958
*Telephone number*

*FAX number*