UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY COMANS,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>        Defendants. | Civil Action No. 25-0624 (ACR) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

Defendants the Department of Homeland Security, and its component the Federal Emergency Management Agency, respectfully move the Court for an order enlarging the time to respond to the complaint by forty-five days. The current deadline is May 5, 2025, but Defendants seek until June 20, 2025. As required under local rule 7(m), prior to filing this motion, the undersigned counsel sought Plaintiff's position on the relief sought in this motion. Plaintiff consents to a twenty-one-day extension. Nonetheless, as demonstrated below, good cause supports granting a forty-five-day extension.

1. Plaintiff Mary Comans alleges she was terminated from her position at the Federal Emergency Management Agency and brought this complaint under the Privacy Act claiming injuries as a result of an alleged press release announcing her termination. See generally, Compl.

2. The undersigned counsel was just assigned this case last week. Although the undersigned counsel has had preliminary discussions with agency counsel about this case, Defendants have not yet decided how to defend this case, including whether the case can be resolved at the outset through a dispositive motion.

3. The undersigned counsel's May calendar is fully packed. Specifically, the undersigned counsel is completing expedited summary judgment briefing in *Aviel v. Gov*, 25-0778 a case involving complex questions of constitutional law and presidential powers. The undersigned counsel is also working to meet summary judgment briefing deadlines in two additional cases within the next two weeks and has an appellate deadline before the end of the month. These are just a few examples of the undersigned counsel's May deadlines

4. Finally, United States Attorney's Office has been tasked with handling an unusually large number of emergency matters, with expedited briefing deadlines and anticipates that this trend will continue at least for the next few weeks.

5. Having established good cause Defendants respectfully request that the Court enlarge the response deadline to June 20, 2025. This is the first time Defendants have sought an extension of the response deadline and granting this extension will not affect any other deadline nor meaningfully delay resolution of this case.

Dated: May 5, 2025

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:  */s/ John J. Bardo*
JOHN J. BARDO, D.C. BAR #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*