UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY COMANS,<br><br>           Plaintiff,<br><br>     v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY, et al.,<br><br>           Defendants. | Civil Action No. 25-0624 (ACR) |

### **[PROPOSED] ORDER**

Upon consideration of Defendants' motion for extension of time to respond to the complaint, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further.

ORDERED that Defendants shall respond to the complaint on June 20, 2025.

SO ORDERED.

_____                                                                             _____
Dated                                                                                         ANA C. REYES
                                                                                                      Unites States District Judge

- 3 -