UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY COMANS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-0624 (ACR) |

**JOINT STATUS REPORT**

　　Pursuant to the Court's August 6, 2025, minute order, Plaintiff Mary Comans and Defendants the Department of Homeland Security and its component the Federal Emergency Management Agency ("FEMA") respectfully submit this joint status report. The parties report as follows.

　　1.　As ordered by the Court at the August 6, 2025, pre-motion conference, FEMA sent Plaintiff a copy of her personnel file on August 22, 2025. The personnel file contained information that Plaintiff was terminated.

　　2.　Plaintiff has identified several specific potentially relevant Privacy Act Systems of Records as well as offices where Systems may reside and requested that Defendants search those and identify other Systems of Records that may contain relevant information.

　　3.　FEMA also searched its Privacy Act System of Records in its Employee Services Division and Office of Civil Rights but did not locate any relevant records.

　　4.　FEMA will provide Plaintiff with her past performance appraisals that it has maintained.

5.	Plaintiff reserves the right to request additional information identifying relevant Systems of Records and the searching thereof.

6.	The parties are continuing to confer about next steps and respectfully propose filing another joint status report in thirty days, on October 6, 2025, in which they will provide suggestions for further proceedings.

Dated: September 5, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:       /s/ John J. Bardo
JOHN J. BARDO, D.C. BAR #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*

/s/ Taryn Wilgus Null
Norman L. Eisen, Esq.
D.C. Bar #435051
Tianna J. Mays, Esq.
D.C. Bar #90005882
Taryn Wilgus Null
D.C. Bar #985724
Democracy Defenders Fund
600 Pennsylvania Avenue SE, No. 15180
Washington, DC 20003
(202) 594-9958
Norman@democracydefenders.org
Tianna@democracydefenders.org
Taryn@democracydefenders.org

Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.

                                                      Suite 700
                                                      Washington, D.C. 20036
                                                      (202) 498-0011
                                                      Brad@MarkZaid.com
                                                      Mark@MarkZaid.com

*Attorneys for Plaintiff*