UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY COMANS,<br><br>      Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>      Defendants. | Civil Action No. 25-0624 (ACR) |

## PLAINTIFF'S NOTICE REGARDING STAY OF PROCEEDINGS

Plaintiff presumes that today's deadline for a Joint Status Report is stayed pursuant to Standing Order 25-55 (JEB), which provides that "[i]n all civil actions and civil miscellaneous matters pending in the U.S. District Court for the District of Columbia, all filing and discovery deadlines imposed upon the United States, any of its federal agencies, and any of its officers or employees, shall be extended by the number of days equal to the length (in days) of the lapse of appropriations plus ten days, provided that if the lapse is seven days or fewer, such extension shall be the number of days equal to the length (in days) of the lapse of appropriations plus five days."  When the federal government reopens, Plaintiff will coordinate with Defendants to file a Joint Status Report before the new deadline.

Dated: October 6, 2025                                             Respectfully submitted,

*/s/ Taryn Wilgus Null*
Norman L. Eisen, Esq.
D.C. Bar #435051
Tianna J. Mays, Esq.
D.C. Bar #90005882

Taryn Wilgus Null
D.C. Bar #985724
Democracy Defenders Fund
600 Pennsylvania Avenue SE, No. 15180
Washington, DC 20003
(202) 594-9958
Norman@democracydefenders.org
Tianna@democracydefenders.org
Taryn@democracydefenders.org

Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 498-0011
Brad@MarkZaid.com
Mark@MarkZaid.com

*Attorneys for Plaintiff*