UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY COMANS,<br><br>        Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>        Defendants. | Civil Action No. 25-0624 (ACR) |

## JOINT STATUS REPORT

Pursuant to the Court's September 8, 2025, minute order, Plaintiff Mary Comans and Defendants the Department of Homeland Security ("DHS") and its component the Federal Emergency Management Agency ("FEMA") respectfully submit this joint status report. The parties report as follows.

**Defendants' Position**

1. With appropriations restored, Defendants are willing to continue to collaborate with Plaintiff to search Systems of Records for relevant records.

2. Defendants are willing to search the Systems of Records that Plaintiff identifies in her portion of the joint status report. Defendants are willing to search these systems as part of an effort to resolve this case without formal discovery but oppose any order permitting discovery without first having the opportunity to fully brief their motion to dismiss.

3. Defendants respectfully propose that the Court order the parties to file another joint status report in thirty days, on December 29, 2025.

**Plaintiff's Position**

  4. On August 15 and again on September 3, Plaintiff identified these 3 OPM Systems of Records as potentially relevant:

  (1) OPM/GOVT-1 General Personnel Records, December 11, 2012, 77 FR 73694, as modified by 80 FR 74815 (November 30, 2015) (https://www.govinfo.gov/content/pkg/FR-2012-12-11/html/2012-29777.htm);

  (2) OPM/GOVT-2 Employee Performance File System Records, June 19, 2006, 71 FR 35342, 35347, as modified by 80 FR 74815 (November 30, 2015) (https://www.govinfo.gov/content/pkg/FR-2006-06-19/html/06-5459.htm); and

  (3) OPM/GOVT-3 Records of Adverse Actions, Performance Based Reduction in Grade and Removal Actions, and Termination of Probationers, April 27, 2000, 65 FR 24732, as modified by 80 FR 74815 (November 30, 2015) (https://www.govinfo.gov/content/pkg/FR-2000-04-27/html/00-10088.htm).

  5. In the initial August 15 email, Plaintiff also asked that Defendants identify and search any System that contains Plaintiff's personnel or security records, as well as those governing the activities and work of the DHS Assistant Secretary for Public Affairs, Tricia McLaughlin, and her staff, and senior DHS Management officials who played a role in the Plaintiff's termination and the issuance of public statements about the same.

  6. In a September 5 email, Defendants provided Plaintiff with search results from FEMA's Employee Services Division and FEMA's Office of Civil Rights. Defendants informed Plaintiff that they are not aware of any additional Privacy Act protected systems at FEMA that should be searched. Defendants also promised to pull Ms. Comans' performance evaluations.

  7. Also on September 5, Plaintiff responded to Defendants' email to note that Ms. Comans was also subject to Privacy Act Systems of Records at both DHS and OPM.

  8. Defendants have produced no additional documents or information to Plaintiff since September 5.

9. Given that Defendants have made no progress on searching any Systems of Records since the last Joint Status Report was filed on September 5, 2025, Plaintiff requests that the Court (1) order Defendants to identify all Privacy Act Systems of Records relevant to Ms. Comans and conduct searches of all identified Systems of Records by December 12, and (2) schedule a status conference during the week of December 15, or at the Court's earliest convenience (whether in-person or virtual), to discuss any outstanding issues and/or set deadlines to ensure that this case continues moving forward.

10. Plaintiff believes that at least one or two depositions will be necessary to identify the details of how the Public Affairs Office issued the problematic statements about her, but she is willing to alternatively allow the Defendants to first provide an agency declaration from the appropriate official providing that specific information.

11. Plaintiff is otherwise ready to set a briefing schedule in this case.

Dated: November 28, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____/s/ John J. Bardo_____
JOHN J. BARDO, D.C. BAR #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*

/s/ Taryn Wilgus Null
Norman L. Eisen, Esq.
D.C. Bar #435051
Tianna J. Mays, Esq.
D.C. Bar #90005882

        Taryn Wilgus Null
        D.C. Bar #985724
        Democracy Defenders Fund
        600 Pennsylvania Avenue SE, No. 15180
        Washington, DC 20003
        (202) 594-9958
        Norman@democracydefenders.org
        Tianna@democracydefenders.org
        Taryn@democracydefenders.org

        Bradley P. Moss, Esq.
        D.C. Bar #975905
        Mark S. Zaid, Esq.
        D.C. Bar #440532
        Mark S. Zaid, P.C.
        1250 Connecticut Avenue, N.W.
        Suite 700
        Washington, D.C. 20036
        (202) 498-0011
        Brad@MarkZaid.com
        Mark@MarkZaid.com

*Attorneys for Plaintiff*