UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY COMANS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-0624 (ACR) |

**JOINT STATUS REPORT**

　　Pursuant to the Court's December 1, 2025 minute order Plaintiff Mary Comans and Defendants the Department of Homeland Security and its component the Federal Emergency Management Agency ("FEMA") respectfully submit this joint status report. The parties report as follows.

　　1.　Since the last Joint Status Report (ECF No. 16), Defendants provided Plaintiff with her performance evaluations from 2017 to 2024. Defendants also provided clarification regarding any system of records that might be maintained at the Office of Personnel Management or by the Department of Homeland Security's Office of Public Affairs.

　　2.　The Parties are considering their respective next steps and propose filing another joint status report by on or before January 16, 2026.

Dated: December 29, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:       */s/ John J. Bardo*
    JOHN J. BARDO, D.C. BAR #1655534
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770

*Attorneys for the United States of America*

*s/ Mark S. Zaid, Esq*
Mark S. Zaid, Esq.
D.C. Bar #440532
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 498-0011
Brad@MarkZaid.com
Mark@MarkZaid.com

*/s/ Taryn Wilgus Null*
Norman L. Eisen, Esq.
D.C. Bar #435051
Tianna J. Mays, Esq.
D.C. Bar #90005882
Taryn Wilgus Null
D.C. Bar #985724
Democracy Defenders Fund
600 Pennsylvania Avenue SE, No. 15180
Washington, DC 20003
(202) 594-9958
Norman@democracydefenders.org
Tianna@democracydefenders.org
Taryn@democracydefenders.org

*Attorneys for Plaintiff*