**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MARY COMANS,<br><br>      Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY, et al.,<br><br>      Defendants. | Civil Action No. 25-0624 (ACR) |

**<u>JOINT PROPOSED BRIEFING SCHEDULING</u>**

As discussed during the Status Conference on March 24, 2026, and the Minute Order of the same date, Plaintiff Mary Comans and Defendants the Department of Homeland Security ("DHS") and its component the Federal Emergency Management Agency ("FEMA") respectfully submit this proposed briefing schedule for the identified issues:

| | |
|---|---|
| Defendants' Opening Motion | April 23, 2026 |
| Plaintiff's Opposition | May 8, 2026 |
| Defendants' Reply | May 15, 2026 |

The Parties have also reached out to the Courtroom Deputy with proposed dates for oral arguments during the week of May 25, 2026.

Dated: April 6, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _____*/s/ John J. Bardo*_____
    JOHN J. BARDO, D.C. BAR #1655534
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770

*Attorneys for the United States of America*

    s/Mark S. Zaid_____
    Mark S. Zaid, Esq.
    D.C. Bar #440532
    Bradley P. Moss, Esq.
    D.C. Bar #975905
    Mark S. Zaid, P.C.
    1250 Connecticut Avenue, N.W.
    Suite 700
    Washington, D.C. 20036
    (202) 498-0011
    Brad@MarkZaid.com
    Mark@MarkZaid.com

    Norman L. Eisen, Esq.
    D.C. Bar #435051
    Tianna J. Mays, Esq.
    D.C. Bar #90005882
    Taryn Wilgus Null
    D.C. Bar #985724
    Democracy Defenders Fund
    600 Pennsylvania Avenue SE, No. 15180
    Washington, DC 20003
    (202) 594-9958
    Norman@democracydefenders.org
    Tianna@democracydefenders.org
    Taryn@democracydefenders.org


*Attorneys for Plaintiff*

2