UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY COMANS,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY, et al.,<br><br>        Defendants. | Civil Action No. 25-0624 (ACR) |

## DEFENDANTS' MOTION FOR EXTENSION OF THE BRIEFING SCHEDULE

Pursuant to Rule 6(b), Defendants the Department of Homeland Security and its component, the Federal Emergency Management Agency, respectfully move the Court for an order enlarging the briefing schedule by seven days. As required under Local Rule 7(m), prior to filing this motion, the undersigned counsel discussed this motion with Plaintiff's counsel. Plaintiff takes no position on this motion. As explained below, good cause supports granting this extension.

1.      On April 6, 2026, the Court entered a briefing schedule directing that Defendants shall move to dismiss on or before April 23, 2026; Plaintiff shall oppose on or before May 8, 2026; and Defendants shall reply on or before May 15, 2026.

2.      The undersigned counsel will have difficulty meeting the April 23 deadline because he is working to meet another briefing deadline set for the day prior and working to wrap up discovery in a Title VII case.

3.      Moreover, in addition to his own case load and his regular supervisory responsibilities, the undersigned counsel is covering for another supervising attorney who is on leave this week.

4.      Accordingly, having established good cause, Defendants respectfully request that the Court enlarge the briefing schedule so that Defendants' motion is due April 29, 2026, Plaintiff's opposition is due May 15, 2026 and Defendant's reply is due May 22, 2026.  This schedule would still allow for briefing to be complete before the hearing scheduled for May 29, 2026.

5.      This is the first time Defendant has sought an extension of the briefing schedule. This extension is being sought in good faith and not for purposes of delay.  A seven-day extension will not meaningfully delay resolution of this case.

Dated: April 19, 2026                                Respectfully submitted,

                                                     JEANINE FERRIS PIRRO
                                                     United States Attorney


                                                     By: _____/s/ John J. Bardo_____
                                                         JOHN J. BARDO, D.C. BAR #1655534
                                                         Assistant United States Attorney
                                                         601 D Street, NW
                                                         Washington, DC 20530
                                                         (202) 870-6770

                                                     *Attorneys for the United States of America*