UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY COMANS,

      Plaintiff,

    v.

DEPARTMENT OF HOMELAND
SECURITY, et al.,

      Defendants.

Civil Action No. 25-0624 (ACR)

## [PROPOSED] ORDER

Upon consideration of Defendants' motion to enlarge the briefing schedule, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants shall file their motion to dismiss on April 29, 2026, Plaintiff shall file her opposition on May 15, 2026, and Defendants shall file their reply on May 22, 2026.

SO ORDERED.

_____
Date

_____
ANA C. REYES
United States District Judge