UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY COMANS,

        Plaintiff,

      v.

DEPARTMENT OF HOMELAND
SECURITY et al.,

        Defendants.

Civil Action No. 25-0624 (ACR)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Motion to Dismiss, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that Plaintiff's complaint is DISMISSED.

SO ORDERED:

_____
Date

_____
ANA C. REYES
United States District Judge