**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MARY COMANS,

        Plaintiff,

    v.

DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

        Defendants.

Civil Action No. 25-0624 (ACR)

## PROPOSED ORDER

Upon consideration of Defendants' Motion to Dismiss and Memorandum in Support

Thereof and Plaintiff Mary Comans' Opposition to that Motion, it is hereby ORDERED that

Defendants' motion is DENIED.

Dated: _____           _____

                                        Ana C. Reyes
                                        United States District Judge