UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY COMANS,

          Plaintiff,

v.                                                              Civil Action No. 25-cv-624 (ACR)

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al.,

          Defendant.

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney

Michael Yohannan as counsel for the Defendants in the above-captioned cases.

Dated: July 17, 2026
      Washington, D.C.

                                 Respectfully submitted,

                                 */s/ Michael Yohannan*
                                 MICHAEL YOHANNAN
                                 Pennsylvania Bar #307575
                                 Assistant United States Attorney
                                 Civil Division
                                 601 D Street, NW
                                 Washington, DC 20530
                                 Telephone: 202-809-2054
                                 Michael.Yohannan@usdoj.gov

                                 *Attorney for the United States of America*