UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY COMANS<br>Plaintiff,<br><br>v.<br><br>THE U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>Defendants. | Civil Action No. 25-624 (ACR) |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

Pursuant to Rule 6(b), Defendants respectfully move for a 7-day extension of the deadline to file the joint status report currently due on November 25, 2026. *See* November 2, 2026 Minute Order. Prior to filing this motion, undersigned counsel conferred with Plaintiffs, through counsel, and counsel stated the Plaintiff does not oppose the relief sought in this motion.

Plaintiff Mary Comans alleges she was terminated from her position at the Federal Emergency Management Agency and brought this complaint under the Privacy Act claiming injuries as a result of an alleged press release announcing her termination. *See generally*, Complaint.

There is good cause to grant this motion. Undersigned counsel was assigned this case over the summer and, due to other pressing deadlines, has not had a chance to discuss the status of this case with the Department of Homeland Security. Additionally, undersigned counsel will be out of the office most of this week and needs additional time to ascertain the status of this case so that the joint status report appropriately updates the Court. This would be a very short extension and so Defendants' motion is unlikely to significantly affect future deadlines.

WHEREFORE, Defendants respectfully request that the deadline to file the joint status report be extended to December 2, 2026. A proposed order is enclosed herewith.

Dated: November 23, 2026
Washington D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Michael Yohannan*

MICHAEL YOHANNAN
PA Bar #307575
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, DC 20530
Telephone: 202-809-2054
Michael.Yohannan@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY COMANS,<br><br>Plaintiff,<br><br>v.<br><br>THE U.S. DEPARTMENT OF HOMELAND SECURITY et al.<br><br>Defendants. | Civil Action No. 25-624 (ACR) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' consent motion for an extension of time to file the Joint Status Report due November 25, 2026, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that the deadline for the parties to file their joint status report is extended to, and including, December 2, 2026.

SO ORDERED:

________________
Date

______________________________
ANA C. REYES
United States District Judge